Commonwealth *v.* Turner, Appellant.

Submitted December 11, 1970. *Evan Silverstein* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney,

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.